

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00615-CV

**IN THE INTEREST OF M.J.A.**, J.D.Z., and P.I.Z., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01056
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED December 20, 2023

_____
Irene Rios, Justice